CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY COLEMAN, | ) | CASE NO. 7:12CV00156 |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| SUP. CHARLES I. POFF, JR., ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b), and this action is stricken from the active docket of the court.

ENTER: This 21st day of June, 2012.

/s/ Glen E. Conrad
Chief United States District Judge